■ SALVATORE GULLO, Individually and as Parent and Natural Guardian of SCOTT GULLO, an Infant, et al., Plaintiffs, and SCOTT GULLO, an Infant, by His Parent and Natural Guardian, Appellant, v SALVATORE MARTUCCI, Respondent.—In an action to recover damages for personal injuries, etc., the plaintiff Scott Gullo appeals from an order of the Supreme Court, Suffolk County (Baisley, J.), entered August 14, 1986, which denied his motion pursuant to CPLR 5015 to open his default.

Ordered that the order is affirmed, with costs.

A party seeking relief pursuant to CPLR 5015 to vacate an earlier default is required to show that his default is excusable and that there is merit to his claim *(see, La Buda v Brookhaven Mem. Hosp. Med. Center,* 98 AD2d 711, *affd* 62 NY2d 1014). The movant herein has failed in both respects. Mangano, J. P., Brown, Lawrence and Harwood, JJ., concur.